| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Sorokin, Leo T. | 2. Court or Organization<br><br>District Court, Massachusetts | 3. Date of Report<br><br>11/19/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. District Court
One Courthouse Way
Boston, MA 02210
Suite 6130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/19/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Self-employed - psychologist |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYU Law School Civil Jury Project | November | New York City, NY | Attending Program About Civil Juries | Transportation, food and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/19/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental/Vacation Property Massachusetts (2001, 273,100) | B | Rent | N | R | | | | | |
| 2. Bank of America Accounts | A | Interest | J | T | | | | | |
| 3. IRA #1 | | | | | | | | | |
| 4. -Fidelity Contrafund | C | Distribution | K | T | | | | | |
| 5. -Fidelity Pacific Basin | B | Distribution | K | T | | | | | |
| 6. -Davis NY Venture Fund C | D | Dividend | K | T | | | | | See Note |
| 7. -Fidelity Gov't Cash Reserves | A | Dividend | J | T | Buy | 04/05/18 | J | | See Note |
| 8. IRA #2 | | | | | | | | | |
| 9. -Davis NY Venture Fund C | | | | | | | | | See Note |
| 10. -Wells Fargo Cash | A | Dividend | | | Sold | 04/05/18 | J | A | See Note |
| 11. IRA #3 | | | | | | | | | |
| 12. -Amazon | | None | L | T | | | | | |
| 13. -Wells Fargo Cash Account | A | Int./Div. | | | Sold | 11/11/18 | J | A | See Note |
| 14. -Wells Fargo FDIC Insured Deposits | A | Int./Div. | J | T | Buy | 11/11/18 | J | | See Note |
| 15. -Allianz FDS Small Cap | B | Dividend | J | T | | | | | |
| 16. -Allianz Mid Cap Fund | C | Dividend | K | T | | | | | |
| 17. -PIMCO Total Return | B | Dividend | K | T | | | | | See Note |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage Acct#1 | | | | | | | | | |
| 19. -Wells Fargo Money Market Fund | A | Interest | | | Sold | 11/11/18 | J | A | See Note |
| 20. -Fidelity Government Money Market | A | Interest | J | T | Buy | 11/08/18 | J | | See Note |
| 21. -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 22. -Bristol Myers Squibb | A | Dividend | J | T | Sold (part) | 01/12/18 | J | C | |
| 23. -Wisdomtree Investments | A | Dividend | J | T | | | | | |
| 24. -Healthcare Realty Trust, Inc. | B | Dividend | K | T | Sold (part) | 01/12/18 | J | D | |
| 25. | | | | | Sold (part) | 08/07/18 | J | A | |
| 26. -Berkshire Hawthaway Series B | | None | K | T | | | | | |
| 27. -Saul Centers | A | Dividend | J | T | Redeemed (part) | 06/23/18 | J | A | |
| 28. -Alibaba | | None | J | T | | | | | |
| 29. -Apple | B | Dividend | L | T | | | | | |
| 30. -Sector Spdr Tech Select Sector | B | Dividend | L | T | | | | | |
| 31. -Stratasys LTD Sys | | | | | Sold | 08/07/18 | J | A | |
| 32. -3D SYSCorp | | | | | Sold | 08/07/18 | J | A | |
| 33. IRA #4 | | | | | | | | | |
| 34. -Vanguard 500 Index Fund Adm | B | Dividend | L | T | Buy (add'l) | 04/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Intermediate Term Investment Grade Fund | A | Dividend | K | T | Buy (add'l) | 04/27/18 | J | | |
| 36. -Vanguard U.S. Value Fund | C | Dividend | K | T | Buy (add'l) | 04/27/18 | J | | |
| 37. - Vanguard Emerging Markets Stock Index Adm | B | Dividend | K | T | Buy (add'l) | 04/27/18 | J | | |
| 38. | | | | | Buy (add'l) | 1/19/18 | J | | |
| 39. | | | | | Buy (add'l) | 01/29/18 | J | | |
| 40. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 41. | | | | | Buy (add'l) | 03/18/18 | J | | |
| 42. | | | | | Buy (add'l) | 04/16/18 | J | | |
| 43. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 44. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 45. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 46. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 47. | | | | | Buy (add'l) | 06/21/18 | J | | |
| 48. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 49. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 50. | | | | | Buy (add'l) | 08/24/18 | J | | |
| 51. | | | | | Buy (add'l) | 09/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 53. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 54. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 55.    Brokerage Acct#2 | | | | | | | | | |
| 56.    -Vanguard U.S. Value Fund | B | Dividend | K | T | | | | | |
| 57.    -Vanguard Total International Stock Index | A | Dividend | J | T | | | | | |
| 58.    -Vanguard Total Stock Market Index | A | Dividend | J | T | | | | | |
| 59.    -Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 60.    Brokerage Acct#4 | | | | | | | | | |
| 61.    -American Century Income and Growth Fund | B | Dividend | K | T | | | | | |
| 62.    IRA #5 | | | | | | | | | |
| 63.    -American Century Equity Income | A | Dividend | K | T | | | | | |
| 64.    -American Century Prime Money Market | A | Interest | K | T | | | | | |
| 65.    -American Century Small Cap Value Fund | B | Dividend | J | T | | | | | |
| 66.    Brokerage Acct#5 (Y) | | | | | | | | | See Note |
| 67.    -American Century Equity Income Fund (Y) | | | | | | | | | |
| 68.    Brokerage Acct#7 (Y) | | | | | | | | | See Note |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -American Century All Cap Growth Fund (Y) | | | | | | | | | |
| 70. Limited Partnership Wolf Paca I | E | Int./Div. | M | U | | | | | |
| 71. Limited Partnership Joppa East | A | Dividend | J | U | | | | | |
| 72. OC, LLC | | None | M | T | | | | | |
| 73. Brokerage Account 11 (Y) | | | | | | | | | See Note |
| 74. -Vanguard 500 Index Fund (Y) | | | | | | | | | |
| 75. IRA Account 13A (Y) | | | | | | | | | See Note |
| 76. -Wells Fargo Bank Deposit Sweep Option (Y) | | | | | | | | | |
| 77. -Matthews Pacific Tiger (Y) | | | | | | | | | |
| 78. -Sector Spider Technology Select (Y) | | | | | | | | | |
| 79. Brokerage Account 13B (Y) | | | | | | | | | See Note |
| 80. -Wells Fargo Bank Deposit Sweep Option (Y) | | | | | | | | | |
| 81. -Sterling Bank Corp (Y) | | | | | | | | | |
| 82. -Vanguard Total Stock Market ETF (Y) | | | | | | | | | |
| 83. IRA Account 14A | | | | | | | | | |
| 84. -Wells Fargo Bank Deposit Sweep Option | A | Interest | | | Sold | 08/24/18 | J | A | See Note |
| 85. -Fidelity Government Money Market | A | Interest | J | T | Buy | 08/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Matthews Pacific Tiger | A | Dividend | K | T | | | | | |
| 87. -Sector Spider Technology Select | A | Dividend | J | T | | | | | |
| 88. -Square Inc | | None | J | T | Buy | 10/12/18 | J | | |
| 89. Brokerage Account 14B | | | | | | | | | |
| 90. -Wells Fargo Bank Deposit Sweep Option | A | Interest | | | Sold | 07/10/18 | J | A | See Note |
| 91. -Fidelity Government Money Market | A | Interest | J | T | Buy | 07/10/18 | J | | See Note |
| 92. -Sterling Bank Corp | A | Dividend | J | T | | | | | |
| 93. -Canopy Growth | | None | J | T | Buy | 10/19/18 | J | | |
| 94. Trust #4 | | | | | | | | | |
| 95. -Fidelity Government Money Market | A | Int./Div. | J | T | | | | | |
| 96. -Williams Companies | A | Int./Div. | J | T | | | | | |
| 97. - Fund Royce Opportunity Fund Investment Class N/L | B | Int./Div. | K | T | | | | | |
| 98. -Fund Oppenheimer DevMkts Fund | A | Int./Div. | J | T | | | | | |
| 99. - Kinder Morgan | A | Int./Div. | J | T | | | | | |
| 100. -Hartford International Value Fund | A | Int./Div. | J | T | | | | | |
| 101. -Berkshire Hathaway B | | None | K | T | | | | | |
| 102. -Crown Castle | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/19/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Stock Alleghany Corp | | None | J | T | | | | | |
| 104. -Flow 2006 LLC | F | Int./Div. | M | W | | | | | |
| 105. -VSECU Bank Account | A | Int./Div. | L | T | | | | | |
| 106. -Fund Hartford Capital Appreciation Fund Class A | C | Int./Div. | K | T | | | | | |
| 107. -Liberty Broadband Corp Series A (LBRDA) | | None | J | T | | | | | |
| 108. -Liberty Broadband Corp Series C (LBRDK) | | None | J | T | | | | | |
| 109. -Liberty Media Corp Com A (LSXMA) | | None | J | T | | | | | |
| 110. -Liberty Media Corp Delaware Com C (LSXMK) | | None | J | T | | | | | |
| 111. -Liberty Media Corp Delaware Com A (BATRA) | | None | J | T | | | | | |
| 112. -Liberty Media Corp Delaware Com C Media (FWONK) | | None | J | T | | | | | |
| 113. -Liberty Media Corp Delaware Com A Media (FWONA) | | None | J | T | | | | | |
| 114. -Liberty Media Corp Delaware Com C (BATRK) | | None | J | T | | | | | |
| 115. -Fund Third Avenue Focused Credit Fund Investor Class | A | Int./Div. | J | T | | | | | |
| 116. -Longleaf Small-cap Fund | C | Int./Div. | K | T | | | | | |
| 117. -Putnam Capital Spectrum | A | Int./Div. | J | T | | | | | |
| 118. -Netflix | | None | K | T | | | | | |
| 119. -Canopy Growth | | None | J | T | Buy | 01/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Trust #5 | | | | | | | | | |
| 121. -Wells Fargo Bank Deposit Sweep | A | Int./Div. | | | Sold | 04/16/18 | L | A | See Note |
| 122. -Fidelity Government Money Market | A | Interest | K | T | Buy | 04/16/18 | L | | See Note |
| 123. -Stock Sector Spdr TR Tech Select Sector XLK | A | Int./Div. | K | T | | | | | |
| 124. -Alibaba Group | | None | J | T | | | | | |
| 125. -Verizon Communications | A | Int./Div. | J | T | | | | | |
| 126. -Gunpowder W Corp. | | None | J | W | | | | | |
| 127. -Joppa East Limited Partnership | A | Int./Div. | J | W | | | | | |
| 128. -Mayfield W, Inc. | A | Int./Div. | J | W | | | | | |
| 129. -MHW, LLC | D | Distribution | L | W | | | | | |
| 130. -Exploration Capital 2005 | E | Distribution | L | W | | | | | |
| 131. -Wolf Realty Corp. | | None | J | W | | | | | |
| 132. -Saul Centers Bond | A | Int./Div. | J | T | | | | | |
| 133. -VSECU Bank Account | A | Int./Div. | J | T | | | | | |
| 134. -Merck | A | Int./Div. | K | T | | | | | |
| 135. -GSV Capital | | None | J | T | | | | | |
| 136. -Loan to Trust #4 | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Alphabet | | None | J | T | Buy | 04/25/18 | J | | |
| 138. -Home Depot | A | Int./Div. | J | T | Buy | 05/16/18 | J | | |
| 139. -Salesforce Com | | None | J | T | Buy | 10/10/18 | J | | |
| 140. IRA Account 20 | | | | | | | | | |
| 141. -Wells Fargo Money Market | A | Int./Div. | | | Sold | 11/08/18 | J | A | See Note |
| 142. -FDIC Insured Deposit | A | Int./Div. | J | T | Buy | 11/08/18 | J | | See Note |
| 143. -Tesla Motors, Inc. | | None | | | Sold | 10/02/18 | K | D | |
| 144. -Chipotle | | None | J | T | | | | | |
| 145. -Illumina | | None | J | T | | | | | |
| 146. -Netflix | | None | K | T | | | | | |
| 147. -Synaptics | | None | J | T | | | | | |
| 148. -Square Inc. - A | | None | J | T | | | | | |
| 149. -Amazon | | None | K | T | Buy | 10/11/18 | K | | |
| 150. IRA BA 17 | | | | | | | | | |
| 151. -AMG Managers Fair Pointe Mid Cap fund | A | Dividend | J | T | | | | | |
| 152. -American Mutual Fund Cl F2 | A | Dividend | J | T | | | | | |
| 153. -Brown Capital Mgt Small C. Inv. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Cohen & Steers Realty Shares | A | Dividend | | | Sold | 07/19/18 | J | A | |
| 155. -Fidelity 500 Index FD Investor Class | A | Dividend | J | T | | | | | |
| 156. -Harbor International Institutional | | None | | | Sold | 10/12/18 | J | A | |
| 157. -Aberdeen Total Return Bond Fund Cl I | A | Dividend | J | T | | | | | |
| 158. -Fidelity Floating Rate High Income | A | Dividend | | | Sold | 07/09/18 | J | A | |
| 159. -Fidelity Total Bond | A | Dividend | J | T | | | | | |
| 160. -PIMCO Total REturn Instl | A | Dividend | J | T | | | | | |
| 161. -Osterweis Strategic Income Fund | A | Dividend | J | T | | | | | |
| 162. -Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 163. -Fidelity Small Cap Index Investor | A | Distribution | J | T | | | | | |
| 164. - Costoco Wholesale | A | Dividend | K | T | | | | | |
| 165. IRA 18 | | | | | | | | | |
| 166. -Schwab Adv Cash Reserves | A | Dividend | L | T | | | | | |
| 167. -Plum Crk Tmbrlnd Bonds due 3/15/21 | A | Interest | J | T | | | | | |
| 168. -Abbot Labs | A | Interest | J | T | | | | | |
| 169. -Acuity Brands | A | Dividend | J | T | | | | | |
| 170. -CISCO Systems | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -General Electric Co. | A | Dividend | J | T | | | | | |
| 172. -International Business Machines | A | Dividend | K | T | | | | | |
| 173. -PPG Industries | A | Dividend | J | T | | | | | |
| 174. -United Parcel Service Class B | A | Dividend | J | T | | | | | |
| 175. -Weyerrhaeuser Co. Bond due 02/1/18 | A | Dividend | | | Redeemed | 02/01/18 | J | A | |
| 176. -Weyerhaeuser Co REIT (fromerly Plum Creek Timber Co. REIT) | A | Interest | J | T | | | | | |
| 177. -Marathon Value Portfolio | A | Dividend | K | T | | | | | |
| 178. -Vanguard Total Stock Market Index Fund | A | Dividend | J | T | | | | | |
| 179. -Ishares Exp Technology ETF | A | Dividend | K | T | | | | | |
| 180. -Technology Select Sector Spdr ETF | A | Dividend | K | T | | | | | |
| 181. -Fuel Cell Energy | | None | J | T | Buy | 04/23/18 | J | | |
| 182. Utah Ed Savings Age Based Aggressive Global Fund | B | Dividend | L | T | Buy (add'l) | 1/3/18 | J | | |
| 183. | | | | | Buy (add'l) | 02/05/18 | J | | |
| 184. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 185. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 186. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 187. | | | | | Buy (add'l) | 06/04/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 189. | | | | | Buy (add'l) | 08/03/18 | J | | |
| 190. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 191. | | | | | Buy (add'l) | 10/03/18 | J | | |
| 192. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 193. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 194.   USAA Bank Accounts | A | Int./Div. | J | T | | | | | |
| 195.   BA Account 19 | | | | | | | | | |
| 196.   -Schwab Cash Account | A | Int./Div. | J | T | | | | | |
| 197. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 11/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes Regarding Part VII Investments and Trusts
FOR 2018

Line 6 & 9 - This holding was transferred from IRA #2 when IRA#2 was closed and consolidated with IRA #1. No sale or purchase occurred, merely a transfer from brokerage firm to another on 4/5/18

Lines 7 & 10 - This holding was sold when IRA#2 was closed and consolidated with IRA #1. This fund was sold and the proceeds were used to purchase the similar fund listed on Line 7.

Lines 13-14 One holding liquidated with funds used to purchase the other asset as part of moving this account to another brokerage firm.

Line 17 This fund now appears with a different name on the brokerage statement. There has been no purcahse or sale etc.

Lines 19-20 One holding liquidated with funds used to purchase the other asset as part of moving this account to another brokerage firm.

Lines 66-67 (Brokerage Account#5), Lines 68-69 (Brokerage Account #7) Lines 73-74 (Brokerage Account 11), Lines 75-82 (IRA Account 13A and Brokerage Account 13B)are held by a person no longer living in my household and no longer financially dependent.

Lines 84-85 One holding liquidated with funds used to purchase the other asset as part of moving this account to another brokerage firm.

Lines 90-91 One holding liquidated with funds used to purchase the other asset as part of moving this account to another brokerage firm.

Lines 121-122 One holding liquidated with funds used to purchase the other asset as part of moving this account to another brokerage firm.

Lines 141-142 One holding liquidated with funds used to purchase the other asset as part of moving this account to another brokerage firm.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Leo T. Sorokin

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544